**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1612**

DANIEL BRADSHAW,

        Plaintiff - Appellant,

     v.

NANCY A. BERRYHILL, Acting Commissioner, Social Security Administration,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Liam O'Grady, District Judge. (1:16-cv-00969-LO-JFA)

Submitted: October 30, 2017               Decided: November 28, 2017

Before MOTZ, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bruce K. Billman, Fredericksburg, Virginia, for Appellant. Nora Koch, Regional Chief Counsel, Stephen Giacchino, Supervisory Attorney, Jordana Cooper, Assistant Regional Counsel, SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylvania; Dana J. Boente, United States Attorney, R. Trent McCotter, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Bradshaw appeals the district court's order accepting the recommendation of the magistrate judge, granting the Commissioner's motion for summary judgment, and upholding the Commissioner's decision denying Bradshaw's application for disability insurance benefits. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Bradshaw v. Berryhill*, No. 1:16-cv-00969-LO-JFA (E.D. Va. Mar. 9, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*